United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                               Case No. 25-12221-amc

Joseph M. Flood, III                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 03, 2025 | Form ID: 130 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Joseph M. Flood, III, 1501 N 2nd St Unit 10, Philadelphia, PA 19122-3846 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2025                     Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Joseph M. Flood  III help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 130* (3/23)−doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Joseph M. Flood III | ) | Case No. 25−12221−amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

### Order Requiring Documents

    **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

    It is hereby ORDERED that:

    1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

        Documents and Deadline

        Means Test Calculation 122C−2 Due 6/16/25
        Plan Due 6/16/25
        Schedules A/B Due 6/16/25
        Schedules C Due 6/16/25
        Schedules D Due 6/16/25
        Schedules E/F Due 6/16/25
        Schedules G Due 6/16/25
        Schedules H Due 6/16/25
        Schedules I Due 6/16/25
        Schedules J Due 6/16/25
        Statement of Attorney Compensation Due 6/16/25
        Statement of Current Monthly Income (122C−1) Due 6/16/25
        Statement of Financial Affairs Due 6/16/25
        Summary of Assets and Liabilities Due 6/16/25

    2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: June 3, 2025

        By the Court

        Ashely M. Chan
        Chief Judge, United States Bankruptcy Court