Exhibit A

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR PLAINTIFF)

## IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## FOR PHILADELPHIA COUNTY

| | |
|---|---|
| Velocity Commercial Capital Loan trust 2023- RTL1<br>Plaintiff<br><br>v.<br><br>Bernadette Ferrell A/K/A Bernadette M. Ferrell and<br>Joseph Flood III A/K/A Joseph M. Flood III<br>Defendants | Civil Action No.: 240300458<br><br><br>MORTGAGE FORECLOSURE |

## PRAECIPE FOR ENTRY OF JUDGMENT AND ASSESSMENT OF DAMAGES

TO THE PROTHONOTARY:

Enter judgment in favor of Plaintiff and against Defendants, Bernadette Ferrell A/K/A Bernadette M. Ferrell and Joseph Flood III A/K/A Joseph M. Flood III , Pursuant to order granting Summary Judgment dated January 13, 2025, a copy of which is attached.

PER ORDER.................................................................................................... $358,990.62

ACCRUED INTEREST after November 30, 2024, shall accrue at the per diem rate of $2,625.00, to January 31, 2025 ......................................................................... $5,250.00

**TOTAL THROUGH DATE OF REQUEST FOR JUDGMENT ................................ $364,240.62**

STERN & EISENBERG, PC

By:  *Caroline Aprahamian*

☐ Andrew J. Marley, Esquire (312314),
☐ Jessica N. Manis, Esquire (318705),
☐ Daniel P. Jones, Esquire (321876),
☐ Matthew C. Fallings, Esquire (326896),
☐ Kenya Bates, Esquire (203664),
☑ Caroline P. Aprahamian, Esquire (329932)
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
qc-pa@sterneisenberg.com

**FILED**

05 DEC 2024 09:37 am

Civil Administration

Mr. RIVERA

## IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
### FOR PHILADELPHIA COUNTY

| | |
|---|---|
| Velocity Commercial Capital Loan Trust 2023-RTL1 <br><br> Plaintiff <br><br> v. <br><br> Bernadette Ferrell A/K/A Bernadette M. Ferrell and Joseph Flood III A/K/A Joseph M. Flood III <br><br> Defendant(s). | Civil Action Number: 240300458 |

## ORDER GRANTING SUMMARY JUDGMENT

AND NOW, this _13th_ day of _January_, 2025, upon consideration of Plaintiff's Motion for Summary Judgment, its Memorandum of Law submitted in support thereof, and any opposition which may have been filed to same, it is hereby ORDERED that Plaintiff's Motion is granted. Judgment in rem is hereby entered in favor of the Plaintiff, Velocity Commercial Capital Loan Trust 2023-RTL1, and against the Defendant, Bernadette Ferrell A/K/A Bernadette M. Ferrell and Joseph Flood III A/K/A Joseph M. Flood III, in the amount of $358,990.62, which amount is good through November 30, 2024, plus interest at the contract rate.

BY THE COURT:

_____ J.

WSJDM-Velocity Commercial Capital Loan Trust 2023-Rtl1 V (JNS)

24030045800033

Case ID: 240300458
Control No.: 24121284

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR PLAINTIFF)

## IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## FOR PHILADELPHIA COUNTY

| | |
|---|---|
| Velocity Commercial Capital Loan trust 2023-RTL1 | Civil Action No. : 240300458 |
| Plaintiff | |
| v. | |
| Bernadette Ferrell A/K/A Bernadette M. Ferrell and | MORTGAGE FORECLOSURE |
| Joseph Flood III A/K/A Joseph M. Flood III | |
| Defendants | |

### AFFIDAVIT OF NON-MILITARY SERVICE

**COMMONWEALTH OF PENNSYLVANIA**                    :

                                                                                    : S.S. :

**COUNTY OF BUCKS**                                                     :

I, the undersigned, being duly sworn according to law, deposes and says, to the best of his knowledge, information and belief, Defendants':

1.      Last-known address is; 3379 Elliston Circle, Philadelphia, PA 19114

2.      Is over the age of twenty-one; and

3.      Is not now nor has been within the last three hundred sixty-six days in the Armed Services of the United States as defined in the Soldiers' Civil Relief Act of 1940, as amended.

STERN & EISENBERG, PC

BY: _Caroline Aprahamian_

Sworn to and subscribed before me
this _10th_ Day of _February_, 20_25_ .

_Michelle A. Lucas_
Notary Public

☐  Andrew J. Marley, Esquire (312314),
☐  Jessica N. Manis, Esquire (318705),
☐  Daniel P. Jones, Esquire (321876),
☐  Matthew C. Fallings, Esquire (326896),
☐  Kenya Bates, Esquire (203664),
☒  Caroline P. Aprahamian, Esquire (329932)
    Stern & Eisenberg, PC
    1581 Main Street, Suite 200
    The Shops at Valley Square
    Warrington, PA 18976
    Phone: (215) 572-8111
    Facsimile: (215) 572-5025
    qc-pa@sterneisenberg.com

Commonwealth of Pennsylvania - Notary Seal
Michelle A. Lucas, Notary Public
Bucks County
My Commission Expires December 7, 2027
Commission Number 1437490

Department of Defense Manpower Data Center

Results as of : Feb-06-2025 08:14:42 AM EST

SCRA 5.23



## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:            XXX-XX-9599
Birth Date:
Last Name:      FLOOD III
First Name:     JOSEPH
Middle Name:    M
Status As Of:   Feb-06-2025
Certificate ID: 5663PSHW4HNR12F

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

Department of Defense Manpower Data Center



## Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-9599 |
| Birth Date: | |
| Last Name: | FLOOD |
| First Name: | JOSEPH |
| Middle Name: | M |
| Status As Of: | Feb-06-2025 |
| Certificate ID: | D029CBSSWSMTNX5 |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

Department of Defense Manpower Data Center

Results as of : Feb-06-2025 08:14:42 AM EST

SCRA 5.23



### Status Report
### Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-9599 |
| Birth Date: | |
| Last Name: | FLOOD |
| First Name: | JOSEPH |
| Middle Name: | |
| Status As Of: | Feb-06-2025 |
| Certificate ID: | V9VNBVD8PQP8J34 |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

PA202300001087-9599-Alias

Department of Defense Manpower Data Center

Results as of : Feb-06-2025 08:14:42 AM EST

SCRA 5.23



## Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-9599 |
| Birth Date: | |
| Last Name: | FLOOD III |
| First Name: | JOSEPH |
| Middle Name: | |
| Status As Of: | Feb-06-2025 |
| Certificate ID: | 6Y1XF00LSCFWN5Y |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

Department of Defense Manpower Data Center

Results as of : Feb-06-2025 08:14:42 AM EST

SCRA 5.23



### Status Report
### Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-8090 |
| Birth Date: | |
| Last Name: | FERRELL |
| First Name: | BERNADETTE |
| Middle Name: | |
| Status As Of: | Feb-06-2025 |
| Certificate ID: | MZ8J160WV8B1Y4L |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

PA202300001087

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR PLAINTIFF)

## IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## FOR PHILADELPHIA COUNTY

| | |
|---|---|
| Velocity Commercial Capital Loan trust 2023-RTL1 <br><br> Plaintiff <br><br> v. <br><br> Bernadette Ferrell A/K/A Bernadette M. Ferrell and <br> Joseph Flood III A/K/A Joseph M. Flood III <br> Defendants | Civil Action No. : 240300458 <br><br> MORTGAGE FORECLOSURE |

### CERTIFICATION UNDER RULE 237.1

I, the undersigned attorney on the writ and attorney for Plaintiff, hereby certify that no ten-day notice of intention to enter judgment was needed as the court issued a motion for summary judgment on January 13, 2025.

STERN & EISENBERG, PC

By: *Caroline Aprahamian*

☐ Andrew J. Marley, Esquire (312314),
☐ Jessica N. Manis, Esquire (318705),
☐ Daniel P. Jones, Esquire (321876),
☐ Matthew C. Fallings, Esquire (326896),
☐ Kenya Bates, Esquire (203664),
☒ Caroline P. Aprahamian, Esquire (329932)
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
qc-pa@sterneisenberg.com

**FILED**

05 DEC 2024 09:37 am

Civil Administration

IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
FOR PHILADELPHIA COUNTY

| | |
|---|---|
| Velocity Commercial Capital Loan Trust 2023-RTL1<br><br>      Plaintiff<br><br>v.<br><br>Bernadette Ferrell A/K/A Bernadette M. Ferrell and Joseph Flood III A/K/A Joseph M. Flood III<br><br>      Defendant(s). | Civil Action Number: 240300458 |

## ORDER GRANTING SUMMARY JUDGMENT

AND NOW, this _13th_ day of _January_ , 2025, upon consideration of Plaintiff's Motion for Summary Judgment, its Memorandum of Law submitted in support thereof, and any opposition which may have been filed to same, it is hereby ORDERED that Plaintiff's Motion is granted. Judgment in rem is hereby entered in favor of the Plaintiff, Velocity Commercial Capital Loan Trust 2023-RTL1, and against the Defendant, Bernadette Ferrell A/K/A Bernadette M. Ferrell and Joseph Flood III A/K/A Joseph M. Flood III, in the amount of $358,990.62, which amount is good through November 30, 2024, plus interest at the contract rate.

BY THE COURT:

_____ J.

WSJDM-Velocity Commercial Capital Loan Trust 2023-Rtl1 V (JNS)

24030045800033

Case ID: 240300458
Control No.: 24121284

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR PLAINTIFF)

## IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## FOR PHILADELPHIA COUNTY

| | |
|---|---|
| Velocity Commercial Capital Loan trust 2023-RTL1 <br>         Plaintiff <br> v. <br> Bernadette Ferrell A/K/A Bernadette M. Ferrell and <br> Joseph Flood III A/K/A Joseph M. Flood III <br>         Defendants | Civil Action No. : 240300458 <br><br> MORTGAGE FORECLOSURE |

### CERTIFICATE UNDER ACT 91 OF 1983

It is hereby certified that the Sheriff's Sale scheduled in the above-captioned matter is not protected under the Homeowner's Emergency Assistance and Mortgage Foreclosure Act, P.L. 1688, No. 621 because notice, as required, was sent to Defendants and no timely response was made.

STERN & EISENBERG, PC

By: *Caroline Aprahamian*
☐ Andrew J. Marley, Esquire (312314),
☐ Jessica N. Manis, Esquire (318705),
☐ Daniel P. Jones, Esquire (321876),
☐ Matthew C. Fallings, Esquire (326896),
☐ Kenya Bates, Esquire (203664),
☑ Caroline P. Aprahamian, Esquire (329932)
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
qc-pa@sterneisenberg.com

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR PLAINTIFF)

## IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
## FOR PHILADELPHIA COUNTY

| | |
|---|---|
| Velocity Commercial Capital Loan trust 2023-RTL1<br>        Plaintiff<br>v.<br>Bernadette Ferrell A/K/A Bernadette M. Ferrell<br>and<br>Joseph Flood III A/K/A Joseph M. Flood III<br>        Defendants | Civil Action No.: 240300458<br><br>MORTGAGE FORECLOSURE |

### CERTIFICATION OF ADDRESS

It is hereby certified that the last known addresses of the parties are as follows:

Velocity Commercial Capital Loan trust 2023-RTL1
2945 Townsgate Road, Suite #110
Westlake Village, CA 91361
(Plaintiff)

Bernadette Ferrell A/K/A Bernadette M. Ferrell
3379 Elliston Circle
Philadelphia, PA 19114
and
Joseph Flood III A/K/A Joseph M. Flood III
3379 Elliston Circle
Philadelphia, PA 19114
and
Bernadette Ferrell A/K/A Bernadette M. Ferrell
1501 North 2nd Street
Unit 10
Philadelphia, PA 19122-3846
and
Bernadette Ferrell
428 Sepviva Street
Philadelphia, PA 19125
and
Joseph Flood III A/K/A Joseph M. Flood III
1501 North 2nd Street
Unit 10
Philadelphia, PA 19122-3846
And

Joseph Flood III A/K/A Joseph M. Flood III
428 Sepviva Street
Philadelphia, PA 19125
(Defendants)

STERN & EISENBERG, PC

By: *Caroline Aprahamian*
    ☐ Andrew J. Marley, Esquire (312314),
    ☐ Jessica N. Manis, Esquire (318705),
    ☐ Daniel P. Jones, Esquire (321876),
    ☐ Matthew C. Fallings, Esquire (326896),
    ☐ Kenya Bates, Esquire (203664),
    ☑ Caroline P. Aprahamian, Esquire (329932)
       Stern & Eisenberg, PC
       1581 Main Street, Suite 200
       The Shops at Valley Square
       Warrington, PA 18976
       Phone: (215) 572-8111
       Facsimile: (215) 572-5025
       qc-pa@sterneisenberg.com

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR PLAINTIFF)

### IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
### FOR PHILADELPHIA COUNTY

| | |
|---|---|
| Velocity Commercial Capital Loan trust 2023-RTL1<br><br>                    Plaintiff<br><br>v.<br><br>Bernadette Ferrell A/K/A Bernadette M. Ferrell<br>and<br>Joseph Flood III A/K/A Joseph M. Flood III<br>                    Defendants | Civil Action No. : 240300458<br><br>MORTGAGE FORECLOSURE |

### <u>NOTICE PURSUANT TO RULE 236</u>

Notice is hereby given that a judgment in the above captioned matter has been entered against Defendants, Bernadette Ferrell A/K/A Bernadette M. Ferrell and Joseph Flood III A/K/A Joseph M. Flood III , on _____ .

BY:      _____
             Deputy

If you have any questions concerning the above, please contact:

Stern & Eisenberg, PC
Attorney for Plaintiff
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111