**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>    JOSEPH M. FLOOD III<br>        Debtor(s)<br><br>VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br>        Movant<br><br>v.<br><br>JOSEPH M. FLOOD III<br>        Debtor(s)<br><br><br>BERNADETTE FERRELL<br><br>        Co-Debtor<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 25-12221-amc |

**ORDER**

    AND NOW, this _____ day of _____ , 2025, upon the motion of Velocity Commercial Capital, LLC, a California Limited Liability Company, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Velocity Commercial Capital, LLC, a California Limited Liability Company (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 1501 NORTH 2ND STREET, UNIT 10, PHILADELPHIA, PA 19122-3846.

    It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

                                              BY THE COURT:

                                              _____

                                              UNITED STATES BANKRUPTCY JUDGE