*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Joseph M. Flood III

    Debtor(s).

Case No. 25–12221–amc

Chapter: 13

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 6/3/25, 6/18/25, 7/7/25, this case is hereby DISMISSED.

**Date: July 17, 2025**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Chapter 13 Statement of Your Current Monthly Income
and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2 – If Applicable
Chapter 13 Plan
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities